| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sandra K. McBeth (SB #138697)<br>7343 El Camino Real #185<br>Atascadero, CA 93422<br>805-464-2959<br>805-357-5905 Fax<br>smcbeth@mcbethlegal.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>Joseph A Pensabene<br>Sharon L Pensabene<br><br>Debtor(s) | CASE NO.: 9:23-bk-10258-RC<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B    ☒ Schedule C    ☒ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☒ Statement of Intention    ☒ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and/or statements are true and correct.

Date: 6/10/2023

Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

***NOTE***: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015    Page 1    F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Joseph A Pensabene** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Sharon L Pensabene** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | 9:bk-10258-RC |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property          AMENDED                12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ■ Yes.  Where is the property?

1.1

**427 Oakhill Terrance**
Street address, if available, or other description

**Lompoc**          **CA**    **93436-0000**
City          State    ZIP Code

**Santa Barbara**
County

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$800,000.00** | **$800,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

■ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................................=>**

| |
|---|
| **$800,000.00** |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **Joseph A Pensabene** |
|---|---|
| Debtor 2 | **Sharon L Pensabene** |

Case number *(if known)* _____

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**\***

**3.1** Make: **Mercedes**

Model: **GLA**

Year: **2020**

Approximate mileage: _____

Other information:

**Who has an interest in the property?** *Check one*

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$31,200.00**

Current value of the portion you own? **$31,200.00**

**3.2** Make: **Chevrolet**

Model: **Silverado**

Year: **2017**

Approximate mileage: **48000**

Other information:

**Who has an interest in the property?** *Check one*

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$18,000.00**

Current value of the portion you own? **$18,000.00**

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

**4.1** Make: **Skylight**

Model: **19' travel trailer**

Year: **2004**

Other information:

**Who has an interest in the property?** *Check one*

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$8,000.00**

Current value of the portion you own? **$8,000.00**

**5** **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>**    **$57,200.00**

**Part 3:   Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Misc household goods, furnishings & supplies | $5,000.00 |
|---|---|

| Debtor 1 | **Joseph A Pensabene** | |
|---|---|---|
| Debtor 2 | **Sharon L Pensabene** | |
| | | Case number *(if known)* |

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes. Describe.....

| 5 TVs, stereo, desktop computer, 2 cellphones | $500.00 |
|---|---|

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes. Describe.....

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No

☐ Yes. Describe.....

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

■ Yes. Describe.....

| 3 handguns, 1 rifle | $1,200.00 |
|---|---|

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

| Misc wearing apparel | $300.00 |
|---|---|

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes. Describe.....

| Wedding set, bracelet | $1,000.00 |
|---|---|

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

■ Yes. Describe.....

| 2 dogs | $50.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..............................................................................

| $8,050.00 |
|---|

**Part 4:** Describe Your Financial Assets

| Debtor 1 | **Joseph A Pensabene** | |
|---|---|---|
| Debtor 2 | **Sharon L Pensabene** | Case number *(if known)* _____ |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No

☐ Yes.................................................................................................................

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes.......................    Institution name:

| | | Institution name: | Value |
|---|---|---|---|
| 17.1. | **business checking #1088** | **Bank of the Sierra** | **$6,490.93** |
| 17.2. | **Checking #3512** | **Bank of the Sierra** | **$490.93** |
| 17.3. | **Business checking #5680** | **Bank of America** | **$3,032.02** |
| 17.4. | **Business savings #5419** | **Bank of America** | **$1.90** |
| 17.5. | **Basic shares #00** | **Coast Hills Credit Union** | **$2,909.60** |
| 17.6. | **Holiday club #03** | **Coast Hills Credit Union** | **$1,250.27** |
| 17.7. | **Special shares #04** | **Coast Hills Credit Union** | **$91.53** |
| 17.8. | **Checking #80** | **Coast Hills Credit Union** | **$2,380.82** |
| 17.9. | **Checking #0401** | **Bank of America (Account belongs to daughter, Co-Debtor is listed as POD. All funds belong to daughter.)** | **$10.69** |
| 17.10. | **Savings #8489** | **Bank of the Sierra** | **$6,000.24** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No

■ Yes...................    Institution or issuer name:

| | | |
|---|---|---|
| | **Etrade account** | **$8,555.47** |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

Debtor 1    **Joseph A Pensabene**
Debtor 2    **Sharon L Pensabene**                                    Case number *(if known)* _____

| | | |
|---|---|---|
| **Sharon Pensabene Insurance Services (commisions only, book of business 1 time per year in February. MInimal monthly, most are purchase of contract. Can't sell NY Life book)** | 100    % | $1.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No
    ☐ Yes. Give specific information about them.
                                    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ■ Yes. List each account separately.
                    Type of account:                Institution name:

| | | |
|---|---|---|
| | **IRA with NY Life** | $97,000.00 |
| | **IRA with NY Life** | $120,000.00 |
| | **Pension with USPS** | **Unknown** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ■ No
    ☐ Yes. .....................                Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ■ No
    ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ■ No
    ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c);

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☐ No
    ■ Yes. Give specific information about them...

| | |
|---|---|
| **Insurance broker's license** | $1.00 |

**Money or property owed to you?**                                    **Current value of the portion you own?**

| Debtor 1 | **Joseph A Pensabene** | |
|---|---|---|
| Debtor 2 | **Sharon L Pensabene** | |
| | | Case number *(if known)* _____ |

|  |
|---|
| Do not deduct secured claims or exemptions. |

**28. Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

☐ Yes.  Give specific information..

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Term life insurance through NY LIfe** | _____ | **$1.00** |
| **Term life insurance through USPS** | _____ | **$1.00** |
| **Term life insurance through NY LIfe** | _____ | **$1.00** |
| **Term life insurance through NY LIfe** | _____ | **$1.00** |
| **Universal life insurance through NY LIfe  (cash value)** | _____ | **$197.25** |
| **Life insurance policies on grandkids held on behalf of Debtors children** | _____ | **$1.00** |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

| | |
|---|---|
| Debtor 1 **Joseph A Pensabene** | |
| Debtor 2 **Sharon L Pensabene** | Case number *(if known)* _____ |

35. **Any financial assets you did not already list**
- ■ No
- ☐ Yes.  Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................................................

<table>
<tr><td>$239,202.63</td></tr>
</table>

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ☐ No. Go to Part 6.
- ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
- ■ No
- ☐ Yes.  Describe.....

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
- ☐ No
- ■ Yes.  Describe.....

| 3 computers, furniture, TV, printer, 3 desks, table | $1,000.00 |
|---|---|

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
- ■ No
- ☐ Yes.  Describe.....

41. **Inventory**
- ■ No
- ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
- ■ No
- ☐ Yes.  Give specific information about them...................
         Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**
- ■ No.
- ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   - ■ No
   - ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
- ■ No
- ☐ Yes. Give specific information.........

Debtor 1      **Joseph A Pensabene**
Debtor 2      **Sharon L Pensabene**                                    Case number *(if known)* _____

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**......................................................................................................

| | |
|---|---|
| | **$1,000.00** |

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.
☐ Yes.  Go to line 47.

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53.  **Do you have other property of any kind you did not already list?**
      *Examples:* Season tickets, country club membership

■ No
☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................

| | |
|---|---|
| | **$0.00** |

---

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................... | | | **$800,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$57,200.00** | | |
| 57. | **Part 3: Total personal and household items, line 15** | **$8,050.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | **$239,202.63** | | |
| 59. | **Part 5: Total business-related property, line 45** | **$1,000.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$305,452.63** | Copy personal property total | **$305,452.63** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | **$1,105,452.63** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joseph A Pensabene** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Sharon L Pensabene** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C        AMENDED

# Schedule C: The Property You Claim as Exempt                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **427 Oakhill Terrance Lompoc, CA 93436  Santa Barbara County**<br>Line from *Schedule A/B*: **1.1** | **$800,000.00** | ■ $678,391.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.730** |
| **2020 Mercedes GLA**<br>Line from *Schedule A/B*: **3.1** | **$31,200.00** | ■ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.010** |
| **MIsc household goods, furnishings & supplies**<br>Line from *Schedule A/B*: **6.1** | **$5,000.00** | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **5 TVs, stereo, desktop computer, 2 cellphones**<br>Line from *Schedule A/B*: **7.1** | **$500.00** | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **3 handguns, 1 rifle**<br>Line from *Schedule A/B*: **10.1** | **$1,200.00** | ■ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |

Debtor 1  **Joseph A Pensabene**
Debtor 2  **Sharon L Pensabene**

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Misc wearing apparel**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Wedding set, bracelet**<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **2 dogs**<br>Line from *Schedule A/B*: **13.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **business checking #1088: Bank of the Sierra**<br>Line from *Schedule A/B*: **17.1** | $6,490.93 | ■ $6,490.93<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Checking #3512: Bank of the Sierra**<br>Line from *Schedule A/B*: **17.2** | $490.93 | ■ $490.93<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Business checking #5680: Bank of America**<br>Line from *Schedule A/B*: **17.3** | $3,032.02 | ■ $3,032.02<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Business savings #5419: Bank of America**<br>Line from *Schedule A/B*: **17.4** | $1.90 | ■ $1.90<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Basic shares #00: Coast Hills Credit Union**<br>Line from *Schedule A/B*: **17.5** | $2,909.60 | ■ $2,909.60<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Holiday club #03: Coast Hills Credit Union**<br>Line from *Schedule A/B*: **17.6** | $1,250.27 | ■ $1,250.27<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Special shares #04: Coast Hills Credit Union**<br>Line from *Schedule A/B*: **17.7** | $91.53 | ■ $91.53<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Checking #80: Coast Hills Credit Union**<br>Line from *Schedule A/B*: **17.8** | $2,380.82 | ■ $2,380.82<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |

Debtor 1    **Joseph A Pensabene**
Debtor 2    **Sharon L Pensabene**

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Checking #80: Coast Hills Credit Union** Line from *Schedule A/B*: **17.8** | $2,380.82 | ■ $0.00 <br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.080 |
| **Checking #0401: Bank of America (Account belongs to daughter, Co-Debtor is listed as POD. All funds belong to daughter.)** Line from *Schedule A/B*: **17.9** | $10.69 | ■ $10.69 <br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings #8489: Bank of the Sierra** Line from *Schedule A/B*: **17.10** | $6,000.24 | ■ $6,000.24 <br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **IRA with NY Life** Line from *Schedule A/B*: **21.1** | $97,000.00 | ■ $97,000.00 <br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **IRA with NY Life** Line from *Schedule A/B*: **21.2** | $120,000.00 | ■ $120,000.00 <br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **Pension with USPS** Line from *Schedule A/B*: **21.3** | Unknown | ■ $1.00 <br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **Term life insurance through NY LIfe** Line from *Schedule A/B*: **31.1** | $1.00 | ■ $1.00 <br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100(a) |
| **Term life insurance through USPS** Line from *Schedule A/B*: **31.2** | $1.00 | ■ $1.00 <br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100(a) |
| **Term life insurance through NY LIfe** Line from *Schedule A/B*: **31.3** | $1.00 | ■ $1.00 <br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100(a) |
| **Term life insurance through NY LIfe** Line from *Schedule A/B*: **31.4** | $1.00 | ■ $1.00 <br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100(a) |
| **Universal life insurance through NY LIfe  (cash value)** Line from *Schedule A/B*: **31.5** | $197.25 | ■ $30,500.00 <br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100(b) |

| Debtor 1 | **Joseph A Pensabene** | | |
|---|---|---|---|
| Debtor 2 | **Sharon L Pensabene** | | |
| | | | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Life insurance policies on grandkids held on behalf of Debtors children**<br>Line from *Schedule A/B*: **31.6** | $1.00 | ■           $1.00<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.100(a)** |
| **3 computers, furniture, TV, printer, 3 desks, table**<br>Line from *Schedule A/B*: **39.1** | $1,000.00 | ■     $1,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.060** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ■ No

       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joseph A Pensabene** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Sharon L Pensabene** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | 9:23-bk-10258-RC |

☐ Check if this is an amended filing

Official Form 106D                    AMENDED

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim | Unsecured portion |
| | | Do not deduct the value of collateral. | | If any |



**2.1    Carvana LLC**
Creditor's Name

**c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave
Oklahoma City, OK 73118**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2020 Mercedes GLA**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Auto Loan**

| $34,307.85 | $31,200.00 | $3,107.85 |

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Date debt was incurred**    3/30/2023          **Last 4 digits of account number**    _____

Debtor 1  **Joseph A Pensabene**
     First Name       Middle Name        Last Name

Debtor 2  **Sharon L Pensabene**
     First Name       Middle Name        Last Name

Case number (if known) _____

---

| 2.2 | **Coast Hills Credit Union** | Describe the property that secures the claim: | $18,694.90 | $18,000.00 | $694.90 |

Creditor's Name

**2017 Chevrolet Silverado 48000 miles**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 8000**
**Santa Maria, CA 93456**

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Auto Loan**

Date debt was incurred  **12/2022**    Last 4 digits of account number  **0054**

---

| 2.3 | **Internal Revenue Service** | Describe the property that secures the claim: | $75,693.09 | $800,000.00 | $0.00 |

Creditor's Name

**427 Oakhill Terrance Lompoc, CA 93436  Santa Barbara County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Insolvency**
**PO Box 7346**
**Philadelphia, PA 19101**

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Tax lien**

Date debt was incurred  **2011**    Last 4 digits of account number  _____

---

| 2.4 | **Internal Revenue Service** | Describe the property that secures the claim: | $94,919.37 | $800,000.00 | $0.00 |

Creditor's Name

**427 Oakhill Terrance Lompoc, CA 93436  Santa Barbara County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Insolvency**
**PO Box 7346**
**Philadelphia, PA 19101**

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Tax lien**

Date debt was incurred  **2012**    Last 4 digits of account number  _____

---

Debtor 1   **Joseph A Pensabene**                                               Case number (if known) _____
     First Name      Middle Name      Last Name

Debtor 2   **Sharon L Pensabene**
     First Name      Middle Name      Last Name

---

| 2.5 | **Internal Revenue Service** | Describe the property that secures the claim: | $105,520.33 | $800,000.00 | $0.00 |

Creditor's Name

**Insolvency
PO Box 7346
Philadelphia, PA 19101**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**427 Oakhill Terrance Lompoc, CA 93436  Santa Barbara County**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)    **Tax lien**

**Date debt was incurred**  2013        **Last 4 digits of account number** _____

---

| 2.6 | **Internal Revenue Service** | Describe the property that secures the claim: | $112,635.00 | $800,000.00 | $0.00 |

Creditor's Name

**Insolvency
PO Box 7346
Philadelphia, PA 19101**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**427 Oakhill Terrance Lompoc, CA 93436  Santa Barbara County**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)    **Tax lien**

**Date debt was incurred**  2014        **Last 4 digits of account number** _____

---

| 2.7 | **Internal Revenue Service** | Describe the property that secures the claim: | $41,475.39 | $800,000.00 | $0.00 |

Creditor's Name

**Insolvency
PO Box 7346
Philadelphia, PA 19101**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**427 Oakhill Terrance Lompoc, CA 93436  Santa Barbara County**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)    **Tax lien**

**Date debt was incurred**  2016        **Last 4 digits of account number** _____

---

| Debtor 1 | **Joseph A Pensabene** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Sharon L Pensabene** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.8 | **Internal Revenue Service** | Describe the property that secures the claim: | **$53,408.60** | **$800,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**427 Oakhill Terrance Lompoc, CA 93436  Santa Barbara County**

**Insolvency
PO Box 7346
Philadelphia, PA 19101**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Tax lien**

**Date debt was incurred**    **2017**            **Last 4 digits of account number**

---

| 2.9 | **Internal Revenue Service** | Describe the property that secures the claim: | **$9,737.78** | **$800,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**427 Oakhill Terrance Lompoc, CA 93436  Santa Barbara County**

**Insolvency
PO Box 7346
Philadelphia, PA 19101**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Tax lien**

**Date debt was incurred**    **2018**            **Last 4 digits of account number**

---

| 2.1 0 | **Wells Fargo Home Mortgage** | Describe the property that secures the claim: | **$256,630.66** | **$800,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**427 Oakhill Terrance Lompoc, CA 93436  Santa Barbara County**

**PO Box 14411
Des Moines, IA 50306**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

**Date debt was incurred**    **2005**            **Last 4 digits of account number**    **6098**

---

Debtor 1    **Joseph A Pensabene**

First Name          Middle Name          Last Name

Debtor 2    **Sharon L Pensabene**

First Name          Middle Name          Last Name

Case number (if known)    _____

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$803,022.97** |
| **If this is the last page of your form, add the dollar value totals from all pages.** **Write that number here:** | **$803,022.97** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joseph A Pensabene** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Sharon L Pensabene** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec          AMENDED

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____          X _____

Joseph A Pensabene                        Sharon L Pensabene
Signature of Debtor 1                       Signature of Debtor 2

Date    6/12/2023                         Date    06/12/2023

| Fill in this information to identify your case: | |
|---|---|
| **Debtor 1** | **Joseph A Pensabene** |
| | First Name                Middle Name                Last Name |
| **Debtor 2** | **Sharon L Pensabene** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| **Case number** (if known) | 9:23-bk-10258-RC |

☐ Check if this is an
amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Carvana LLC**<br><br>Description of property securing debt: **2020 Mercedes GLA** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ■ No<br><br>☐ Yes |
| Creditor's name: **Coast Hills Credit Union**<br><br>Description of property securing debt: **2017 Chevrolet Silverado 48000 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ■ No<br><br>☐ Yes |
| Creditor's name: **Wells Fargo Home Mortgage**<br><br>Description of property securing debt: **427 Oakhill Terrance Lompoc, CA 93436  Santa Barbara** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |

| Debtor 1 | **Joseph A Pensabene** | | Case number *(if known)* | |
| Debtor 2 | **Sharon L Pensabene** | | | |

| property | **County** | ■ Retain the property and [explain]: |
| securing debt: | | **Continue paying** |

---

| Part 2: | List Your Unexpired Personal Property Leases |

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

---

| Part 3: | Sign Below |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____          X _____
**Joseph A Pensabene**                        **Sharon L Pensabene**
Signature of Debtor 1                          Signature of Debtor 2

Date    6/10/2023                              Date    6.10.2023

Official Form 108        **Statement of Intention for Individuals Filing Under Chapter 7**        page 2

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Sandra K. McBeth 138697**<br>**7343 El Camino Real #185**<br>**Atascadero, CA 93422**<br>**805.464.2959 Fax: 805.357.5905**<br>California State Bar Number: 138697 CA<br>smcbeth@mcbethlegal.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Joseph A Pensabene**<br>**Sharon L Pensabene** | CASE NO.: 9:23-bk-10258-RC<br>CHAPTER: 7 |
|---|---|
| | **AMENDED**<br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 6/10/2023

Signature of Debtor 1

Date: 6·10·2023

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: June 12, 2023

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                          **F 1007-1.MAILING.LIST.VERIFICATION**

Carvana LLC
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave
Oklahoma City, OK 73118

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**7343 El Camino Real #185, Atascadero CA 93422**

A true and correct copy of the foregoing document described  **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST AND/OR STATEMENTS**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 12, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (ND)                                          ustpregion16.nd.ecf@usdoj.gov
Jeremy Faith, CH 7 Trustee                                         Trustee@MarguliesFaithlaw.com
Bridgecrest Acceptance Corporation c/o AIS Portfolio Services, LLC    arawal@aisinfo.com
Coasthills Credit Union c/o Karel Rocha                             krocha@pnbd.com, jmiller@pnbd.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On June 12, 2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Additional Creditor:
Carvana LLC
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave
Oklahoma City, OK 73118

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 12, 2023 | Donna Earnest | /s/ Donna Earnest |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**